**INFORMATION SHEET**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*    JUNE  24, 2026    *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

26-CR-190
Judge Ann M. Donnelly
Magistrate Judge Taryn A. Merkl

1.  Title of Case:  United States v. Malik Beasley, et al.

2.  Related Magistrate Docket Number(s):N/A

3.  Arrest Date:   TBD

4.  Nature of offense(s):    ☒   Felony
                             ☐   Misdemeanor

5.  Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): United States v. Eric Earnest, et al., Cr. No. 25-323 (LDH); United States v. Long Phi Pham, Cr. No. 24-359 (LDH); and United States v. Ammar Awawdeh, Cr. No. 24-488 (LDH)

6.  Projected Length of Trial:    Less than 6 weeks    ☒
                                  More than 6 weeks    ☐

7.  County in which crime was allegedly committed: Brooklyn
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]        ☐ Yes  ☒  No

9.  Has this indictment/information been ordered sealed?        ☒ Yes  ☐ No

10. Have arrest warrants been ordered?        ☒ Yes  ☐ No

11. Is there a capital count included in the indictment?   ☐ Yes  ☒ No

JOSEPH NOCELLA, JR.
United States Attorney

By:        /s/
       David I. Berman
       Assistant U.S. Attorney
       David.berman2@usdoj.gov
       718-254-6167

---

[1]   Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 1/11/25