IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:26MJ286 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| v. | ) | |
| | ) | |
| WILLIAM BROWN, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

Mike J Hansen hereby enters his appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 29th day of June, 2026.

Respectfully submitted,

William Brown, Defendant,

By /s/ Mike J Hansen
    Mike J Hansen
    Attorney for Defendant
    1620 Dodge St., Ste. 600
    Omaha, NE 68102
    Telephone: (402) 221-7896
    Fax: (402) 221-7884
    E-Mail: Mike_Hansen@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM BROWN,<br><br>Defendant. | **8:26MJ286**<br><br>ORDER |

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter.  In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file an appearance in this matter.  In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 30th day of June, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JUN 30 PM 2:56

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:26MJ286 |
| | ) | |
| | ) | |
| William Brown | ) | Charging District's Case No. 1:26CR190 |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*
USDC- Eastern District of New York
.

I have been informed of the charges and of my rights to:

(1)      retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)      an identity hearing to determine whether I am the person named in the charges;

(3)      production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)      a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)      a hearing on any motion by the government for detention;

(6)      request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒      an identity hearing and production of the warrant.

☐      a preliminary hearing.

☐      a detention hearing.

☐      an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

     I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    06/30/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Michael J. Hansen
*Printed name of defendant's attorney*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

UNITED STATES OF AMERICA

        **Plaintiff,**

    vs.

**WILLIAM BROWN**

        **Defendant.**

**8:26MJ286**
**1:26CR190**

**Magistrate Judge Carson**

### RULE 5 ORDER

An Indictment and Warrant (charging document) having been filed in the District of, charging the above-named defendant with (Count 1) 18:1349 and 3551 Conspiracy to Commit Wire Fraud; (Count 2) 18:244, 2 and 3551 Bribery in Sporting Contests; (Count 3) 18:1349 and 3551 Honest Services Wire Fraud Conspiracy; and (Count 4) 18:1956(h) and 3551 Conspiracy to Commit Money Laundering and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. Rule 5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20.

Additionally, defendant

☒    Waived an identity hearing and admitted that he/she was the person named in the aforementioned charging document.

☒    The government did not move for detention.

☒    Was given a detention hearing in this district.

Accordingly, it is ordered that the defendant is held to answer in the prosecuting district.

☒    Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered. All funds, if any, deposited on behalf of this defendant with the Clerk of Court pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

**IT IS SO ORDERED.**

DATED: June 30, 2026.

s/ Ryan C. Carson
U.S. Magistrate Judge