# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ▾

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23 Cr, 190 |
| Robert Gorodetsky | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Gorodetsky

Date:  07/07/2026

*Attorney's signature*

Ilene Jaroslaw
*Printed name and bar number*
Elliott Levine Jaroslaw Neils LLP
60 East 42nd Street, Suite 1570
New York, NY 10165

*Address*

ijaroslaw@eljnlaw.com
*E-mail address*

(917) 763-9852
*Telephone number*

*FAX number*