# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

July 8, 2026

VIA ECF and Email
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re:  *United States v. Ernesto Plascencia*; 26 Cr. 190 (LDH)

Your Honor:

It is counsel's understanding that Mr. Plascencia has not yet been arraigned on the above-referenced indictment. I have spoken with AUSA David Berman and, should your Honor refer the matter to Magistrates Court, we will undertake to coordinate a date for Mr. Plascencia, who resides in California, to appear in the EDNY to be arraigned.

It is counsel's further understanding that the first status conference in this case is scheduled for Thursday, August 6, 2026. I will be out of the country from August 3rd through August 15th. If your Honor would allow, Mr. Plascencia and I could appear remotely on that date. Alternatively, by separate letter, I have asked your Honor to appoint Grainne O'Neill, as co-counsel to assist with this matter; and should the Court agree, I have confirmed that Ms. O'Neill will be available to attend the conference on August 6th.

Your Honor's consideration of this matter is greatly appreciated.

Respectfully submitted,

*Susan Kellman*

Susan G. Kellman
Grainne O'Neill