FOLEY
FOLEY & LARDNER LLP

90 PARK AVE
37TH FLOOR
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
FOLEY.COM

WRITER'S DIRECT LINE
212.338.3514
Phara.guberman@foley.com

**Via ECF** October 9, 2026

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: *U.S. v. Beasley, et al.*, 26-CR-190**

Dear Judge DeArcy Hall:

We respectfully write on behalf of defendant Paolo Zamorano in connection with the above-captioned matter to request expedited consideration of the letter motion filed at Docket No. 87, Mr. Zamorano's unopposed motion for a waiver of his personal appearance at the status conference currently scheduled for October 14, 2026 at 3:00 PM EST.

The motion was filed on September 22, 2026. Because the status conference is approaching, a ruling before the conference would clarify whether Mr. Zamorano is required to appear in person and avoid unnecessary inconvenience and expense. The Government does not oppose the requested relief.

Accordingly, we respectfully request that the Court consider the pending motion before the scheduled hearing, if practicable.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Phara A. Guberman*

**Phara A. Guberman**

cc: All Counsel of Record (via ECF)